# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCEY FLORES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KLEEGE CAPITAL, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-523-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 8] |

On January 13, 2022, the parties filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 8. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. Each party shall bear its own attorneys' fees and costs. The Court discharges the order to show cause, *see* Doc. No. 7. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

　　**IT IS SO ORDERED**.

Dated: January 13, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge